UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL MERKLE,

        Plaintiff,

v.                                                                              Civ. Action No. 07-3401 (KSH)

T-MOBILE USA, INC.,

        Defendant                                                       **ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

For the reasons stated in the opinion filed herewith,

It is on this 31st day of July, 2008,

**ORDERED** that defendant's motion to dismiss (D.E. 12) is **granted** as to Count 3, and **denied** as to Counts 1 and 2; and it is further

**ORDERED** that the parties are directed to contact Magistrate Judge Shwartz for further case management.

        /s/ Katharine S. Hayden
        Katharine S. Hayden
        United States District Judge